### EDWARD MILLINER *v.* ANNA MILLINER.

Divorce—kink—wilful absence—confinement to one man.

Where a wife who leaves her husband shortly after marriage, declaring she will not be confined to *one man*, and continues absent for three years, it is cause for divorce.

DIVORCE. Cause—three years wilful absence.

These parties were voluntarily married; but it was in evidence, that at the *in-fare* following the wedding, 'she took a kink,' and threatened to leave; but the father of the groom persuaded her to go with her husband. She did do so, and staid only a few days, and left him, saying, she would not be confined to *one man*, and has never returned for more than three years. Divorce decreed.